UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GUSTAVO SAUCEDO,<br><br>  Plaintiff,<br><br>  v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>  Defendant. | Case No.  19-cv-05483-EJD<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 11 |

Pursuant to the Social Security Procedural Order (Dkt. No. 2), Plaintiff was required to file and serve a motion for summary judgment or for remand within 28 days of service of Defendant's answer. Defendant served Plaintiff with the answer on January 8, 2020, via regular mail at the following address: 927 Triangle Ct., Richmond, CA 94801. Dkt. No. 9. To date, Plaintiff has not filed any motion.

THE COURT hereby issues an ORDER TO SHOW CAUSE why Plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

If Plaintiff fails to file a written response to this order to show cause by June 1, 2020, the Court will dismiss this action for failure to prosecute.

**IT IS SO ORDERED.**

Dated: May 11, 2020

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 19-cv-05483-EJD
ORDER TO SHOW CAUSE